UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___6/23/2020___
```

MARTIN LOPEZ,                              :
                                           :
                         Plaintiff,        :
                                           :              20-CV-2282 (VSB)
            -against-                      :
                                           :                 **ORDER**
CENTURY MANAGEMENT SERVICES,               :
INC.,                                      :
                                           :
                         Defendant.        :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Plaintiff filed this action on March 13, 2020, (Doc. 1), and filed an affidavit of service on

April 14, 2020, (Doc. 6).  The deadline for Defendant to respond to Plaintiff's complaint was

April 27, 2020.  (*See* Doc. 6.)  To date, Defendant has not appeared or responded to the

complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H)

of my Individual Rules and Practices in Civil Cases by no later than July 23, 2020.  If Plaintiff

fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss

this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 23, 2020
   New York, New York

Vernon S. Broderick
United States District Judge