DocuSign Envelope ID: 1F5618E1-AC62-4359-8AFC-F786E2531B5A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MARTIN LOPEZ, Individually and on behalf of all
Other persons similarly situated,

                Docket No.: 20-cv-02282

         Plaintiff,

-against-             **REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

CENTURY MANAGEMENT SERVICES INC.,

         Defendant.
-------------------------------------------------------------------X

      **WHEREAS**, Defendant Centruy Mangement Services Inc. ("Defendant Century Management") has not served either an answer or a motion for summary judgment,

      **WHEREAS**, Defendant Centruy Mangement has served an offer of judgment pursuant to Federal Rule of Civil Procedure 68 on Plaintiff Martin Lopez ("Plaintiff Lopez");

      **WHEREAS**, Plaintiff Lopez has served a notice of acceptance of the offer of judgment on Defendant Century Management,

      **NOW THEREFORE** Plaintiff Lopez has annexed the the offer of judgment, notice of acceptance, and proof of service and requests that the Clerk enter judgment pursuant to Federal Rule of Civil Procedure.

                LIPSKY LOWE LLP
                420 Lexington Avenue, Suite 1830
                New York, New York 10017-6705

                By: _____
                      Douglas Lipsky
                      *Counsel for Plaintiff*

            Dated: June 27_____, 2020

DocuSign Envelope ID: 1F5618E1-AC62-4359-8AFC-F786E2531B5A

**SO ORDERED**

Dated: New York, New York
        _____, 2020.

                                        _____
                                        The Honorable Vernon S. Broderick