UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN LOPEZ, Individually and on behalf of all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY MANAGEMENT SERVICES INC., <br><br> Defendant. | ECF CASE <br><br> No.: 1:20-cv-2282 <br><br><br> [PROPOSED] JUDGMENT |

WHEREAS Defendant Century Management Services Inc. made a July 23, 2020 Offer of Judgment under Fed. R. Civ. P. 68 in the amount of $15,000.00; and

WHEREAS Plaintiff Martin Lopez filed his July 23, 2020 acceptance of the Offer of Judgment;

A JUDGMENT IS HEREBY entered against Defendant Century Management Services Inc. in the amount of $15,000.00 with each party to part its own fees and costs.

SO ORDERED:

Dated: New York, New York
_____, 2020

_____
The Honorable Vernon S. Broderick, U.S.D.J.