```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN LOPEZ, Individually and on behalf of all other persons similarly situated,

        Plaintiff,

v.

CENTURY MANAGEMENT SERVICES INC.,

        Defendant.

ECF CASE

No.: 1:20-cv-2282

[PROPOSED] JUDGMENT

WHEREAS Defendant Century Management Services Inc. made a July 23, 2020 Offer of Judgment under Fed. R. Civ. P. 68 in the amount of $15,000.00; and

WHEREAS Plaintiff Martin Lopez filed his July 23, 2020 acceptance of the Offer of Judgment;

A JUDGMENT IS HEREBY entered against Defendant Century Management Services Inc. in the amount of $15,000.00 with each party to part its own fees and costs.

SO ORDERED:

Dated: New York, New York
      July 30, 2020

_____
Vernon S. Broderick
United States District Judge